1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   E-mail: usdcso@hubslaw.com
5

6  Attorneys for Plaintiff

7

8

9                   UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

11

12 | BYRON CHAPMAN,                          | Case No. 4:10-cv-01229-PJH
13 |     Plaintiff,                          |
   |                                         | **NOTICE OF VOLUNTARY**
14 | v.                                      | **DISMISSAL**
15 | THERESA DANETTE CANNON dba              |
   | MANCHESTER BEACH KOA, et al.,           |
16 |                                         |
   |     Defendants.                         |
17 | _____/

18  TO THE COURT AND ALL PARTIES:

19      PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff

20  BYRON CHAPMAN hereby voluntarily dismisses the above-captioned action, with

21  prejudice, as to all parties.

22

23  Dated: July 29, 2010                    DISABLED ADVOCACY GROUP, APLC

24
                                             /s/ Lynn Hubbard III
25                                          LYNN HUBBARD III
                                            Attorney for Plaintiff
26

27

28

Notice of Voluntary Dismissal                                *Chapman v. Cannon, et al.*
                                                             4:10-cv-01229-PJH